IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LEE PAYTON,

      Plaintiff,                    No. CIV S-08-0639 GEB GGH P

   vs.

ARNOLD SCHWARZENEGGER, et al.,

      Defendants.        ORDER

                          /

        On June 6, 2008, the court recommended that this action be dismissed for plaintiff's failure to keep the court apprised of his address. On June 24, 2008, plaintiff filed objections. Good cause appearing, the findings and recommendations are vacated. Plaintiff is granted thirty days from the date of this order to file an amended complaint in accordance with the order filed April 25, 2008. In his objections, plaintiff states that he received the April 25, 2008, order.

        Accordingly, IT IS HEREBY ORDERED that:

        1. The June 6, 2008, findings and recommendations are vacated;

/////

/////

/////

1

1   2.  Plaintiff is granted thirty days to file an amended complaint; failure to file an
2  amended complaint within that time will result in a recommendation of dismissal of this action.
3  DATED: 7/28/08

/s/ Gregory G. Hollows
_____
UNITED STATES MAGISTRATE JUDGE

pey639.vac