IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LEE PEYTON,

       Plaintiff,                 No. CIV S-08-0639 GEB GGH P

    vs.

ARNOLD SCHWARZENEGGER, et al.,

       Defendants.           <u>ORDER</u>

_____/

        Plaintiff has requested an extension of time to file an amended complaint pursuant to the court's order of July 28, 2008.  Good cause appearing, IT IS HEREBY ORDERED that:

        1.  Plaintiff's September 4, 2008 motion for an extension of time (Docket #11)  is granted; and

        2.  Plaintiff is granted thirty days from the date of this order in which to file an amended complaint.

DATED: 09/12/08

                          /s/ Gregory G. Hollows

                          _____
                          GREGORY G. HOLLOWS
                          UNITED STATES MAGISTRATE JUDGE

GGH:ak
peyt0639.36