IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LEE PEYTON,

     Plaintiff,                         No. CIV S-08-0639 GEB GGH P

     vs.

ARNOLD SCHWARZENEGGER, et al.,

     Defendants.                  <u>ORDER</u>

_____/

        On September 12, 2008, the court granted plaintiff a thirty day extension of time to file an amended complaint.  On October 8, 2008, plaintiff filed a request to stay this action on grounds that on September 22, 2008, he was arrested and is now in custody on a parole hold. Plaintiff states that cannot prepare his amended complaint because he does not have access to his legal and personal files in prison.

        The court construes plaintiff's October 8, 2008, pleading as a request for extension of time to file the amended complaint once plaintiff has his property.  Plaintiff does not state when he anticipates he will have access to his property.  This case cannot be delayed indefinitely.  Accordingly, the court will grant plaintiff an additional thirty day extension of time to file his amended complaint.  If plaintiff still does not have access to his legal property in thirty days, he may file a brief statement with the court stating when he expects to have access

1   to his property.  Plaintiff may also consider voluntarily dismissing this action without prejudice

2   to its refiling once he is more able to litigate effectively.

3                    Accordingly, IT IS HEREBY ORDERED that:

4                    1.  Plaintiff's October 8, 2008, request to stay (# 13), construed as a request for

5   extension of time, is granted;

6                    2.  Plaintiff's amended complaint is due within thirty days of the date of this

7   order; if plaintiff does not have access to his legal property within that time, he may file a short

8   declaration as discussed above or request that this action be dismissed without prejudice.

9   DATED: 10/21/08

                                                   /s/ Gregory G. Hollows
10
                                                   _____
11                                                 GREGORY G. HOLLOWS
                                                   UNITED STATES MAGISTRATE JUDGE
12   peyton.ord

13

14

15

16

17

18

19

20

21

22

23

24

25

26