IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| LEE PEYTON, #V-14724, | )   CIV. NO. 2:08-00639 HWG |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| ARNOLD SCHWARZENEGGER, *et al.*, | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

**ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME**

Plaintiff, a prisoner proceeding *pro se*, filed a pleading entitled "Notice Of Motion And Misc-Motion" on December 29, 2008. (Doc. 16, "December 29, 2008, Request.")  The Court construes Plaintiff's December 29, 2008, Request as a motion for extension of time in which to file an amended complaint.

Plaintiff filed the Complaint on March 24, 2008.  (Doc. 1.) On April 25, 2008, the Court dismissed the Complaint because it did not comply with Fed. R. Civ. P. 8(a), and granted Plaintiff leave to file an amended complaint within thirty days.  (Doc. 4.)  The Court thereafter granted Plaintiff three more thirty-day extensions of time in which to file an amended complaint. (See 7/28/2008 Order, Doc. 10; 9/12/2008 Order, Doc. 12; 10/21/2008 Order, Doc. 14.)  The last thirty-day extension of time was granted on October 21, 2008, based on Plaintiff's

1

representation that he did not have access to his personal property, including his personal litigation files. (10/8/2008 Request To Stay And Hold Petitioner's Petition In Abeyance, Doc. 13.) In the October 21, 2008, Order the Court granted Plaintiff leave to file a brief statement stating when he expected to have access to his personal property, if he did not have such access within the thirty-day extension period. (Doc. 14 at 2.)

Plaintiff failed to either amend the Complaint or file the brief statement within thirty days as ordered. On December 29, 2008, more than sixty days later, Plaintiff filed his Request, (Doc. 16), but again failed to file an amended complaint. In his December 29, 2008, Request, Plaintiff states that he will be released from Wasco State Prison on March 21, 2009, and will have access to his personal papers on that date. He asks for an extension of time to April 20, 2009, thirty days after his expected release date, to file an amended complaint. (Id.)

The Court finds Plaintiff has not shown good cause to extend the filing deadline to April 20, 2009, after his release from Wasco State Prison. Plaintiff filed his action nearly a year ago on March 24, 2008. (Complaint, Doc. 1.) It is incumbent upon Plaintiff to prosecute the action, yet he has not done so. Plaintiff has been given four extensions of time to amend his Complaint and has not. Plaintiff failed to notify the Court of his change of address, creating the delay he complains

2

of in his Request, in violation of Local Rule 83-182(f) of the Local Rules of the United States District Court of the Eastern District of California.  (Doc. 16.)  Defendants in the matter could be prejudiced by the action having been filed nearly a year ago, and by Plaintiff's failure to comply with the Court's Orders requiring amendment of his Complaint.  The Court GRANTS Plaintiff up to and including March 31, 2009, to file an amended complaint.  Failure to do so will result in dismissal of the action without prejudice.  No further extensions will be given.

<u>**CONCLUSION**</u>

In accordance with the foregoing,

1.  Plaintiff's December 29, 2008, pleading entitled "Notice Of Motion And Misc-Motion," (Doc. 16), construed as a request for extension of time, is GRANTED; and

2.  Plaintiff has leave of the Court to file a first amended complaint on or before March 31, 2009.

3.  Failure to file an amended complaint on or before March 31, 2009, will result in automatic dismissal of the action without prejudice.  No further extensions of time will be given.

4.  The Court GRANTS Plaintiff's request for a copy of the Complaint.  The Clerk of the Court is instructed to provide

Plaintiff with an endorsed copy of the Complaint in the matter, (Doc. 1).

     IT IS SO ORDERED.

     DATED:  Honolulu, Hawaii, February 20, 2009.



                 **/s/ Helen Gillmor**
                 **Chief United States District Judge**

LEE PEYTON, #V-14724 vs. ARNOLD SCHWARZENEGGER, *et al.*, Civil Number 2:08-00639 HWG, ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME